# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK** 303-844-2527
Judge

February 1, 2021

TO: Jeffrey Colwell, Clerk

FROM: Judge Babcock    s/LTB

RE: Civil Action No. 21-cv-00299
Smith et al v. Instant Brands Inc.

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp