# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

LORRIE SMITH and JOHN SMITH and
LORRIE SMITH, jointly as the Guardians
and next friends of A.S., a minor

Civil Action No. 1:21-CV-00299-RBJ

Plaintiffs

v.

INSTANT BRANDS INC.,

Defendant

---

## DEFENDANT'S CONFIDENTIALITY DESIGNATIONS FOR 30(B)(6) DEPOSITIONS OF DR. YI QIN

---

Defendant, Instant Brands Inc., by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby designates the following 30(b)(6) deposition testimony, corresponding videotaped testimony, and exhibits as confidential, and in accordance with Section 2 (c) of the Protective Order [Doc. 41].

### I.    Deposition Testimony Designations:

1. **Yi Qin**, 30(b)(6) Deposition taken on February 9, 2022.

| Page: Line Start | Page: Line End |
|---|---|
| 12:11 | 12:12 |
| 30:12 | 30:22 |
| 32:1 | 32:4 |
| 32:12 | 34:4 |
| 34:10 | 35:4 |
| 35:18 | 35:20 |
| 35:25 | 36:12 |
| 37:17: | 37:20 |
| 38:19 | 38:21 |

| Page: Line Start | Page: Line End |
|---|---|
| 39:21 | 40:9 |
| 41:7 | 44:19 |
| 45:24 | 46:1 |
| 46:7 | 46:14 |
| 47:12 | 47:22 |
| 48:2 | 48:15 |
| 48:18 | 48:23 |
| 49:1 | 50:3 |
| 50:12: | 50:16 |
| 52:19 | 52:21 |
| 57:10 | 57:16 |
| 57:18 | 57:25 |
| 58:1 | 58:11 |
| 58:14 | 59:3 |
| 60:2 | 61:10 |
| 61:20 | 62:19 |
| 62:24 | 67:20 |
| 68:16 | 70:2 |
| 71:3 | 71:9 |
| 71:11 | 71:17 |
| 71:19 | 71:21 |
| 71:23 | 72:3 |
| 72:5 | 72:19 |
| 73:9 | 74:5 |
| 74:22 | 75:18 |
| 76:8 | 76:21 |
| 77:9 | 77:15 |
| 78:10 | 81:3 |
| 81:6 | 81:8 |
| 81:12 | 81:14 |
| 81:20 | 81:21 |
| 81:25 | 83:4 |
| 83:12 | 83:20 |
| 84:16 | 84:21 |
| 85:16 | 85:23 |
| 87:2 | 87:7 |
| 87:10 | 90:2 |
| 90:7 | 90:14 |
| 91:21 | 92:2 |
| 92:15 | 92:23 |
| 93:3 | 95:10 |

| Page: Line Start | Page: Line End |
| --- | --- |
| 97:18 | 98:10 |
| 99:23 | 99:25 |
| 100:3 | 100:10 |
| 100:12 | 100:17 |
| 100:19 | 100:23 |
| 100:25 | 101:2 |
| 101:4 | 101:16 |
| 101:18 | 103:7 |
| 103:15 | 104:13 |
| 104:25 | 105:3 |
| 105:13 | 106:9 |
| 106:12 | 109:5 |
| 109:11 | 109:17 |
| 109:19 | 110:5 |
| 110:7 | 110:11 |
| 110:16: | 110:22 |
| 111:13 | 111:25 |
| 112:1 | 112:5 |
| 112:9 | 112:22 |
| 113:13 | 114:18 |
| 114:21 | 114:23 |
| 115:5 | 115:21 |
| 119:7 | 119:9 |
| 119:11 | 119:14 |
| 120:2 | 120:20 |
| 120:22 | 120:23 |
| 121:13 | 121:14 |
| 121:16 | 125:5 |
| 125:13 | 125:20 |
| 126:1 | 126:7 |
| 126:9 | 126:17 |
| 126:20 | 128:20 |
| 129:2 | 129:7 |
| 132:4 | 132:24 |
| 133:25 | 134:16 |
| 137:2 | 137:23 |
| 138:21 | 139:7 |
| 139:10 | 139:21 |
| 139:23 | 140:19 |
| 140:21 | 140:25 |
| 141:4 | 141:8 |

| Page: Line Start | Page: Line End |
|---|---|
| 142:19 | 143:10 |
| 143:16 | 144:17 |
| 147:12 | 148:5 |
| 148:11 | 148:14 |
| 148:18 | 149:1 |
| 149:4 | 149:13 |
| 149:15 | 149:24 |
| 150:1 | 150:13 |
| 150:15 | 151:4 |
| 151:18 | 152:2 |
| 152:4 | 153:4 |
| 153:7 | 154:7 |
| 154:12 | 155:15 |
| 156:14 | 158:8 |
| 159:9 | 160:13 |
| 160:15 | 160:18 |
| 160:20 | 160:25 |
| 161:2 | 161:3 |
| 161:5 | 161:11 |
| 161:21 | 162:2 |
| 163:19 | 164:16 |
| 164:19 | 164:24 |
| 165:4 | 167:4 |
| 167:19 | 168:1 |
| 169:7 | 169:12 |
| 169:25 | 171:2 |
| 171:12 | 172:4 |
| 172:8 | 174:1 |
| 174:23 | 175:10 |
| 175:14 | 176:11 |
| 177:2 | 177:13 |
| 178:8 | 178:10 |
| 178:12 | 178:14 |
| 179:18 | 179:25 |
| 181:12 | 181:20 |
| 182:2 | 182:6 |
| 182:9 | 182:11 |
| 182:13 | 184:1 |
| 184:21 | 185:7 |
| 186:3 | 186:8 |
| 187:6 | 187:12 |

| Page: Line Start | Page: Line End |
|---|---|
| 187:15 | 189:3 |
| 189:6 | 189:10 |
| 189:13 | 190:12 |
| 190:16 | 190:17 |
| 190:19 | 190:24 |
| 191:6 | 191:21 |
| 191:24 | 193:4 |
| 193:6 | 193:7 |
| 193:9 | 193:13 |
| 193:15 | 193:16 |
| 193:18 | 193:21 |
| 193:24 | 193:25 |

2. **Yi Qin**, 30(b)(6) Deposition taken on April 26, 2022.

| Page: Line Start | Page: Line End |
|---|---|
| 30:11 | 30:15 |
| 30:21 | 31:2 |
| 52:14 | 53:2 |
| 53:6 | 56:4 |
| 56:8 | 56:17 |
| 57:9 | 57:11 |
| 57:15 | 58:5 |
| 59:14 | 59:17 |
| 59:20 | 59:20 |
| 59:22 | 60:1 |
| 60:15 | 60:17 |
| 60:24 | 60:25 |
| 61:18 | 61:19 |
| 62:12 | 63:1 |
| 63:17 | 63:25 |
| 65:2 | 65:8 |
| 65:18 | 65:18 |
| 66:1 | 66:4 |
| 66:6 | 66:8 |
| 67:1 | 67:2 |
| 67:13 | 67:15 |
| 67:20 | 67:21 |
| 68:14 | 68:18 |
| 69:21 | 69:24 |

| Page: Line Start | Page: Line End |
|---|---|
| 70:3 | 70:4 |
| 70:18 | 71:7 |
| 71:13 | 72:9 |
| 73:2 | 73:25 |
| 74:17 | 74:25 |
| 75:2 | 75:4 |
| 75:10 | 76:11 |
| 80:23 | 80:24 |
| 83:13 | 83:13 |
| 83:15 | 83:15 |
| 83:18 | 83:18 |
| 85:17 | 88:4 |
| 89:13 | 89:22 |
| 90:3 | 96:24 |
| 99:22 | 100:4 |
| 1007 | 100:24 |
| 101:1 | 101:5 |
| 101:12 | 101:20 |
| 102:7 | 104:4 |
| 104:19 | 107:6 |
| 107:17 | 120:8 |
| 121:9 | 121:11 |
| 121:24 | 122:12 |
| 124:3 | 124:7 |
| 126:19 | 126:21 |
| 126:25 | 129:6 |
| 129:10 | 132:23 |
| 133:1 | 137:5 |
| 137:7 | 141:21 |
| 142:8 | 142:10 |
| 142:14 | 144:3 |
| 144:6 | 144:17 |
| 146:1 | 146:4 |
| 146:13 | 146:19 |
| 147:22 | 147:25 |
| 148:13 | 148:17 |
| 148:21 | 149:1 |
| 149:3 | 149:15 |
| 149:17 | 149:24 |
| 150:1 | 151:2 |
| 152:5 | 152:14 |

| Page: Line Start | Page: Line End |
|---|---|
| 152:17 | 153:3 |
| 153:21 | 155:12 |
| 155:18 | 155:21 |
| 156:2 | 156:22 |
| 157:1 | 157:21 |
| 158:13 | 161:15 |
| 161:17 | 161:22 |
| 162:9 | 162:14 |
| 162:16 | 162:18 |
| 164:1 | 164:17 |
| 165:17 | 170:20 |
| 171:1 | 172:25 |
| 173:11 | 173:23 |
| 173:25 | 174:13 |
| 174:18 | 179:24 |
| 181:1 | 181:4 |
| 181:13 | 189:18 |
| 190:1 | 191:12 |
| 191:19 | 200:25 |
| 201:13 | 201:17 |

3. **Yi Qin**, 30(b)(6) Deposition taken on April 27, 2022.

| Page: Line Start | Page: Line End |
|---|---|
| 218:17 | 219:8 |
| 219:18 | 219:22 |
| 220:15 | 223:1 |
| 224:1 | 224:4 |
| 225:2 | 225:4 |
| 225:7 | 225:13 |
| 225:22 | 229:22 |
| 233:3 | 233:6 |
| 233:17 | 233:25 |
| 234:9 | 235:7 |
| 235:10 | 240:24 |
| 241:13 | 241:15 |
| 241:25 | 242:4 |
| 242:17 | 242:23 |
| 246:16 | 146:18 |
| 246:23 | 250:2 |

| Page: Line Start | Page: Line End |
|---|---|
| 252:18 | 264:10 |
| 264:17 | 265:12 |
| 265:20 | 265:25 |
| 267:1 | 270:2 |
| 271:1 | 271:4 |
| 271:10 | 271:24 |
| 272:1 | 272:6 |
| 272:19 | 272:21 |
| 273:21 | 273:25 |
| 278:10 | 278:14 |
| 278:16 | 278:21 |
| 281:5 | 281:11 |
| 283:3 | 283:16 |
| 284:3 | 284:5 |
| 284:10 | 284:15 |
| 284:17 | 284:20 |
| 284:22 | 285:1 |
| 285:9 | 286:12 |
| 286:17 | 287:1 |
| 290:2 | 290:5 |
| 294:15 | 294:23 |
| 296:21 | 297:2 |
| 298:20 | 299:5 |
| 299:7 | 299:18 |
| 302:3 | 302:4 |
| 302:5 | 303:3 |
| 304:23 | 305:6 |
| 308:11 | 309:13 |
| 312:8 | 313:20 |
| 322:22 | 325:5 |
| 327:25 | 329:2 |
| 329:8 | 329:21 |
| 330:5 | 331:2 |
| 357:14 | 358:8 |
| 361:5 | 361:24 |
| 362:6 | 373:12 |
| 375:10 | 376:3 |
| 376:17 | 377:19 |
| 386:12 | 387:21 |
| 390:9 | 392:14 |
| 393:10 | 394:20 |

| Page: Line Start | Page: Line End |
|---|---|
| 396:20 | 396:24 |
| 397:15 | 397:19 |
| 397:25 | 398:4 |
| 398:9 | 398:12 |
| 398:14 | 398:16 |
| 399:2 | 403:12 |

4.  **Yi Qin**, 30(b)(6) Deposition taken on April 28, 2022.

| Page: Line Start | Page: Line End |
|---|---|
| 424:20 | 426:12 |
| 426:16 | 427:13 |
| 428:22 | 430:5 |
| 435:18 | 436:21 |
| 441:6 | 441:13 |
| 447:23 | 448:6 |
| 450:3 | 451:15 |
| 451:19 | 452:5 |
| 454:10 | 455:1 |
| 455:4 | 455:17 |
| 457:2 | 457:6 |

## II.      Video Designations:

Defendant designates as confidential those portions of the videotapes of the depositions corresponding to the pages/lines designated in Section I., above.  Defendant further requests that a label affixed to any copy of the deposition videos that are put into hard copy format, such as a compact disc, stating:  "Subject To Protective Order.  Not To Be Viewed By Anyone Who Has Not Signed Such Order."

### III.   Exhibit Designations:

| Exhibit No. | Description |
|---|---|
| Exhibit 9 | Organizational Chart.pdf |
| Exhibit 10 | UL 136.pdf |
| Exhibit 11 | UL Test Record No. 1.pdf |
| Exhibit 12 | UL Test Record No. 8 – New Construction of Locking Pin Assembly.pd |
| Exhibit 13 | UL Documents Re LUX.pdf |
| Exhibit 14 | UL File E214884 - SMITH_IBI_1789_1806- Highlighted.pdf |
| Exhibit 15 | Instant Brands' Amended AnswersPltf's 1st Interrogatories - Smith.pdf |
| Exhibit 16 | Instant Brands' Amended AnswersPltf's 2nd Interrogatories - Smith.pdf |
| Exhibit 20 | Product Compairson.pdf |
| Exhibit 26 | DUO 60 & 80 Production Dates.pdf |
| Exhibit 27 | Answers to CPSC Questions 3 - 9.pdf |
| Exhibit 28 | Correspondence re Lid Lock Issue.pdf |
| Exhibit 29 | English Translation of Changes to LidLocking Components - HIGHLIGHTED.pdf |
| Exhibit 30 | Lid Lock Slider Comparison.1.jpg |
| Exhibit 31 | Lid Lock Slider Comparison.1.pdf |
| Exhibit 32 | Lid Lock Slider Comparison.2.jpg |
| Exhibit 33 | Lid Lock Slider Comparison.2.pdf |
| Exhibit 34 | IP DOU-60 Float Valves.jpg |
| Exhibit 35 | IP DOU-60 Float Valves.pdf |
| Exhibit 36 | Smith Float Valve.jpg |
| Exhibit 38 | IB's Amended Answers Pltf's 1st Interrogs - Hundley.pdf |

| Exhibit No. | Description |
|---|---|
| Exhibit 39 | OSIs Through 1-15-2021.pdf |
| Exhibit 40 | 2022 01 21 Instant Brands OSI Metadata Spreadsheet.pdf |
| Exhibit 40.1 | 2022 01 21 Instant Brands OSI Spreadsheet.xlsx |
| Exhibit 42 | Exponent Report 10-26-2020 SMITH_CPSC1_00000013 - 00000081.pdf |
| Exhibit 42.1 | Exponent Report 10-26-2020 SMITH_CPSC1_00000013 – 00000081 Highlightd.pdf |
| Exhibit 44 | 30(b)(6) Notice to IB – CPSC Investigation on 04-26-2022.pdf |
| Exhibit 48 | Defendant's Sixth Supplemental Disclosure Certificate.pdf |
| Exhibit 49 | Passwords for IB Production.pdf |
| Exhibit 50 | Not Used.pdf |
| Exhibit 51 | E214884 - UL Test Record dated April 27, 2017, SMITH_IBI_0000001-0000008.pdf |
| Exhibit 52 | LUX80 Production Information (2017), SMITH_IBI_0000009-0000012.pdf |
| Exhibit 55 | IP LUX and IP LUX Upgrade Information (English and Chinese) dated August 3, 2015, SMITH_IBI_0000015-0000017.pdf |
| Exhibit 56 | IP Customer Service Training Manual (English) dated June 2018, SMITH_IBI_0000018- 0000048.pdf |
| Exhibit 57 | IP Customer Service Training Manual (English) (Version 2), SMITH_IBI_0000049-0000149.pdf |
| Exhibit 58 | IP Customer Service Training Manual (English) (Version 3), SMITH_IBI_0000150-0000339.pdf |
| Exhibit 59 | IP Customer Service Training Manual (English), SMITH_IBI_0000340-0000399.pdf |
| Exhibit 60 | Midea Product Supply Agreement and Signature Page dated August 1, 2009, SMITH_IBI_0000400-0000415.pdf |
| Exhibit 61 | Midea Product Supply Agreement dated July 28, 2016, |

| Exhibit No. | Description |
|---|---|
| | SMITH_IBI_0000416-0000434.pdf |
| Exhibit 62 | Instant Brands' Organizational Chart (September 7, 2018), SMITH_IBI_0000435-0000443.pdf |
| Exhibit 63 | Instant Brands' Organizational Chart (January 7, 2019), SMITH_IBI_0000444- 0000452.pdf |
| Exhibit 64 | Instant Brands' Ottawa Full Organizational Chart (January 1, 2020); SMITH_IBI_0000453-0000458.pdf |
| Exhibit 65 | Instant Brands' Ottawa Full Organizational Chart (December 31, 2020); SMITH_IBI_0000459-0000467.pdf |
| Exhibit 66 | Instant Brands' Ottawa Full Organizational Chart (June 1, 2021); SMITH_IBI_0000468-0000477.pdf |
| Exhibit 67 | Corelle Brands LLC Records Retention Policy (August 20, 2019), SMITH_IBI_0000478-0000480.pdf |
| Exhibit 68 | Corelle Brands LLC Records Retention Schedule (August 20, 2019), SMITH_IBI_0000481-0000487.pdf |
| Exhibit 73 | Instant Brands' Correspondence, SMITH_IBI_0000493-0000509.pdf |
| Exhibit 74 | Consumer Product Safety Commission Documents.pdf |
| Exhibit 75 | Health Canada Combined Documents.pdf |
| Exhibit 76 | Other Occurrence Ticket Information for all Instant Pot Models.pdf |
| Exhibit 85 | Other Occurrence Os Tickets for all Instant Pot Models, SMITH_OSI_000001-008341.pdf |
| Exhibit 86 | Exponent Documents and Related Communications, SMITH_EXP_00000001-00000156.pdf |
| Exhibit 87 | Bureau Veritas Documents and Related Communications, SMITH_BV_00000001-00000019.pdf |
| Exhibit 88 | Other Occurrence Os Tickets for all Instant Pot Models, SMITH_OSI_00000001-00007875.pdf |

| Exhibit No. | Description |
|---|---|
| Exhibit 89 | Quality Assurance Documents, SMITH_QA_00000001  00000666.pdf |
| Exhibit 90 | Additional Consumer Product Safety Commission Documents.pdf |
| Exhibit 91 | E214884 - UL Description Report dated April 27, 2017, SMITH_IBI_0001789-001806.pdf |
| Exhibit 92 | Other Occurrence Sales Force Tickets for all Instant Pot Models, SMITH_SF_00000001-00003826.pdf |
| Exhibit 93 - | 0 General Design Documents, Lux Specific Design Documents, and Related Correspondence, SMITH_DESI_00000001-00003872.pdf |
| Exhibit 94 | Lux Series Product Design Requirement Documents, SMITH_DESI_PDR_00000001-00000208.pdf |
| Exhibit 95 | Additional Lux Series Product Design Requirement Documents, SMITH_DESI_PDR_00000209-00000242.pdf |
| Exhibit 96 | General Contracts Agreements, Lux Series Contracts Agreements, and Related Correspondence, SMITH_CON_00000001-00000494.pdf |
| Exhibit 97 | Additional General Contracts Agreements, Lux Series Contracts Agreements, and Related Correspondence, SMITH_CON_00000495-00000501.pdf |
| Exhibit 98 | General Testing Quality Control Documents, Lux Series Testing Quality Control, and Related Correspondence,SMITH_QC_00000001-00012215.pdf |
| Exhibit 99 | Additional General Testing Quality Control Documents, Lux Series Testing Quality Control, and Related Correspondence, SMITH_QC_00012216-00012590.pdf |
| Exhibit 100 | General Marketing Documents, Lux Series Marketing Documents, and Related Correspondence, SMITH_MARK_00000001-0003837.pdf |
| Exhibit 101 | Additional General Marketing Documents, Lux Series Marketing Documents, and Related Correspondence, SMITH_MARK_00003838-00003875.pdf |
| Exhibit 102 | General Warnings and Safety Standards, Lux Series Warnings and Safety Standards, and Related Correspondence, SMITH_WARN_00000001-00006024.pdf |

| Exhibit No. | Description |
|---|---|
| Exhibit 103 | Lux Series User Manual Documents and Related Correspondence, SMITH_MANL_00000001-00004482.pdf |
| Exhibit 104 | Additional Health Canada Documents, SMITH_HC_00000001-00001001.pdf |
| Exhibit 105 | Additional Exponent Documents, SMITH_EXP_00000157-00000197.pdf |
| Exhibit 106 | Additional Bureau Veritas Documents, SMITH_BV_00000020-00029301.pdf |
| Exhibit 107 | SMITH_QA_00000372 - 2016 03 23 Project Tracking Log Spreadsheet.pdf |
| Exhibit 107.1 | Smith_QA_00000372 - 2016 03 23 Project Tracking Log Spreadsheet.xlsx |
| Exhibit 108 | 2015 09 22 Ticket #53866 – Forsberg - Smith_OSI_000001-00006.pdf |
| Exhibit 109 | 2015 12 28 Ticket #61653 - Adele-Smith_OSI_000007-000013.pdf |
| Exhibit 110 | 2016 05 01 Ticket #74197 - Alena -Smith_OSI_000014-000017.pdf |
| Exhibit 111 | 2016 08 24 Ticket #84094 Pritchett -Smith_OSI_000025-000034.pdf |
| Exhibit 112 | 2016 09 07 Ticket #85218 Armstrong -Smith_OSI_000036-000065.pdf |
| Exhibit 113 | 2016-03-24 ET Media From Yi Qin re 3rd. Incident - Smith_QA 000370.pdf |
| Exhibit 114 | 2016-03-24 ET Media From Yi Qin re 3rd. Incident - Smith_QA 000370 - HIGHLIGHTED.pdf |
| Exhibit 115 | SMITH_CPSC1_00000082 – CPSC  Questions 3,4,5,6 & 9.pdf |
| Exhibit 116 | SMITH_CPSC1_00000083 – CPSC Questions 4 & 5.pdf |
| Exhibit 117 | SMITH_CPSC1_00000084 – CPSC Questions 6 & 9.pdf |
| Exhibit 118 | V2016-03-23 Spreadsheet Columns Translation.pdf |
| Exhibit 119 | V2016-03-23 Spreadsheet Columns Translation - Line 23.pdf |
| Exhibit 120 | 2018 03 12 CPSC Report SMITH_IBI_0000510-0000512.pdf |
| Exhibit 121 | 2018 06 15 CPSC Report SMITH_IBI_0000513-0000515.pdf |

| Exhibit No. | Description |
|---|---|
| Exhibit 122 | 2022 01 22 IB's Amended Responses & Objs to Pltfs' First RFPs.pdf |
| Exhibit 123 | SMITH_QA_000305 (Power Point).pdf |
| Exhibit 143 | SMITH_SF_001 Ticket Summary.xlsx |

Dated: August 31, 2022              Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Donald E. Lake, III*
          Donald E. "Tripp" Lake, III, Esq.
          Lily G. Ramirez, Esq.
          1700 Lincoln Street, Suite 4000
          Denver, Colorado 80203
          303.861.7760
          Tripp.Lake@lewisbrisbois.com
          Lily.Ramirez@lewisbrisbois.com
          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2022, I presented the foregoing **DEFENDANT'S DESIGNATIONS FOR PURPOSES OF CONFIDENTIALITY** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

George E. McLaughlin, Esq.
McLaughlin Law Firm, P.C.
1890 Gaylord Street
Denver, CO 80206-1211
GEM@McLLF.com
*Attorney for Plaintiff*

*Terri K. O'Brien*
LEWIS BRISBOIS BISGAARD & SMITH LLP